IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ORLANDO LEWAYNE PILCHER,

                     Plaintiff,                         ORDER

     v.

                                                     09-cv-336-slc

GREENVILLE, MS U.S. FEDERAL COURT,
ALLEN PEPPER JR. & ADMINISTRATION,
Mr. RICKY BANKS "Town Sheriff,"
Mr. DEWAYNE SMITH,
Mr. STEPHEN P. NICKS and
Mr. DAVID SANDERS,

                     Defendants.

---

Plaintiff Orlando Pilcher, a prisoner at the Federal Correctional Institution in Oxford, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because the trust fund account statement he submitted with his complaint does not cover the full six-month period immediately preceding the filing of his complaint.

Plaintiff's complaint was submitted on May 20, 2009. His trust fund account statement should cover the period beginning approximately November 19, 2008 and ending approximately May 20, 2009. Instead, it covers the six-month period beginning March 12, 2008 and ending December 10, 2008. If plaintiff intends to pursue his request to proceed *in forma pauperis* he will need to submit a supplemental trust fund account statement that covers the missing period beginning December 10, 2008 and ending May 20, 2009.

ORDER

IT IS ORDERED that plaintiff may have until June 22, 2009, in which to submit a trust fund account statement for the period beginning approximately December 10, 2008 and ending approximately May 20, 2009. If, by June 22, 2009, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 2nd day of June, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge