IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ORLANDO LEWAYNE PILCHER,

          Plaintiff,

  v.

GREENVILLE, MS U.S. FEDERAL COURT,
ALLEN PEPPER JR. & ADMINISTRATION,
Mr. RICKY BANKS "Town Sheriff,"
Mr. DEWAYNE SMITH,
Mr. STEPHEN P. NICKS and
Mr. DAVID SANDERS,

          Defendants.

ORDER

09-cv-336-slc

---

In an order entered in this case on June 2, 2009, I told plaintiff that before I could consider his request to proceed *in forma pauperis* he would have to submit a trust fund account statement covering the six-month period immediately preceding the filing of his complaint so that I could assess an initial partial payment of the $350 fee for filing this case. Plaintiff has submitted the requested statement. From the statement, I have calculated plaintiff's initial partial payment to be $5.75. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff is assessed $5.75 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $5.75 on or before July 10, 2009. If, by July 10, 2009, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file

without prejudice to plaintiff's filing his case at a later date.

Entered this 18th day of June, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge