IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ORLANDO LEWAYNE PILCHER,

    Plaintiff,

v.

U.S. FEDERAL COURT,
GREENVILLE, MS; ALLEN PEPPER
JR. & ADMINISTRATION; RICKY
BANKS, Town Sheriff; DEWAYNE
SMITH; STEPHEN NICKS and
DAVID SANDERS;

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-336-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____      _____
Peter Oppeneer, Clerk of Court                8/18/09
                                                         Date